IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff/Respondent, | : | Case No. 3:01cr104 |
| | | 3:05cv266 |
| vs. | : | |
| | : | District Judge Walter Herbert Rice |
| JOYCE KREST, | | Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendant/Movant. | | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON FEBRUARY 14, 2006 (Doc. #204); DENYING JOYCE KREST'S MOTION TO VACATE SENTENCE (Doc. #197); A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c) IS NOT ISSUED; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #204), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendations filed on February 14, 2006 (Doc. #204) is ADOPTED in full;

2. Joyce Krest's Motion to Vacate Sentence (Doc. #197) is DENIED;

3. A certificate of appealability under 28 U.S.C. §2253(c) is not issued; and

4. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge