IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOYCE KREST,

    Defendant.

Case No. 3:01cr104

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HER SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH RE-IMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On September 7, 2017, the Defendant, having previously been found in violation of her supervised release which began July 10, 2017, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid September 7, 2017, the Defendant's supervised release was revoked and she was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of eight months, with a five year re-imposed period of supervised release to follow, less the eight month sentence imposed by the Defendant on the aforesaid September 17, 2017.

The conditions of the five year (less eight months credit) period of re-imposed period of supervised release are as follows: Defendant is to discharge all presently undischarged conditions of supervised release; Defendant is to follow the Reentry Plan agreed to by and between herself and the Probation Office; Defendant is to receive a mental health assessment and

counseling, if deemed necessary; Defendant is to make herself available for substance abuse testing, on a random basis, once during the first fifteen days of supervision and no fewer than twice thereafter, and treatment, inpatient or outpatient, at the discretion of the Probation Officer; Defendant shall be involved in a verified, certified course of job training throughout the period of supervision or, in the alternative, be gainfully employed; Defendant shall spend the first three months of supervised release in a halfway house facility, preferably in Dayton, but if none is available in Dayton, then in Cincinnati; and Defendant shall receive parenting skills training, as well as moral reconation/critical skills thinking training.

As recommendations to the Bureau of Prisons, the Court recommends Defendant receive a mental health assessment and counseling, if deemed necessary; that Defendant be made eligible for and enrolled in any and all drug treatment; that Defendant receive any available job training; that Defendant receive parenting skills training; and that Defendant be designated to a facility as close to the Lexington, Kentucky, area as possible, in order that she might be visited by her son.

Following the above, the Defendant was orally explained her right of appeal and she indicated an understanding of same. Moreover, neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 22, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, United States Probation Officer