IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOYCE KREST,

    Defendant.

: Case No. 3:01cr104

: JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH PERIOD OF SUPERVISED RELEASE TO FOLLOW UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD BY DEFENDANT; NEITHER COUNSEL HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; TERMINATION ENTRY

---

On February 14, 2019, the Defendant, having previously been found in violation of her supervised release that began April 5, 2018, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid February 14, 2019, the Defendant's supervised release was revoked and the Defendant was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of eight months, with credit for jail time served from the date of her arrest on January 15, 2019. The sentence imposed is to be followed by a five-year period of supervised release, less the eight months of incarceration imposed on prior violations, for a net period of supervision of 52 months. As conditions of the re-imposed period of supervised release, the Defendant, upon release from the Bureau of Prisons, is to be released directly into a halfway house facility in Cincinnati or Columbus, where she is to

serve a period of no less than 90 days and, preferably, longer. After a period of time deemed sufficient by the halfway house personnel, Defendant is to seek housing and employment. Finally, she is to discharge all presently undischarged conditions of supervised release. If permitted by the United States Probation Department, the Court suggests the adoption of dual supervised release responsibilities with an officer in both Dayton and in Cincinnati or Columbus.

Following the above, the Defendant's right of appeal was explained and she indicated an oral understanding of same.

Neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 19, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, USPO