IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.

JOYCE KREST,

   Defendant.

: Case No.  3:01cr104

: JUDGE WALTER H. RICE

:

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO PERIOD OF SUPERVISED RELEASE TO FOLLOW; DEFENDANT ORALLY EXPLAINED HER RIGHT OF APPEAL AND SHE INDICATED AN UNDERSTANDING OF SAME; NEITHER COUNSEL FOR GOVERNMENT NOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S SENTENCE; TERMINATION ENTRY

---

  On November 8, 2019, the Defendant, having previously been found in violation of her Supervised Release, which began September 13, 2019, appeared in open Court for final disposition.

  Pursuant to the record made on the aforesaid November 8, 2019, the Court revoked the Defendant's Supervised Release and remanded her to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with no period of Supervised Release to follow.

  Following the above, the Defendant was orally explained her right of appeal and she orally indicated an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 25, 2020

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record